IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-00205-01-CR-W-DW |
| ) | |
| LORENZO D. WHITE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation on Defendant's Motion for Determination of Competency (Doc. 6). Judge Larsen finds Defendant competent to stand trial and to assist in his defense. Parties waived the ten-day objection period to the Report and Recommendation. After an independent review of the record, applicable law and the arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and finds Defendant competent to stand trial and assist in his defense.

IT IS SO ORDERED.

Date:   October 23, 2007                               /s/ Dean Whipple
                                                                       Dean Whipple
                                                              United States District Judge